## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## (DULUTH DIVISION)

| | |
|---|---|
| TRAVIS ZUMWALT,<br><br>　　　　　Plaintiff,<br>v.<br><br>ADVANCED MARKETING & PROCESSING, INC. d/b/a PROTECT MY CAR,<br><br>　　　　　Defendant. | Case No. 0:19-cv-02194-PJS-LIB<br><br>**DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CAUSE OF ACTION** |

　　　Defendant Advanced Marketing & Processing, Inc. d/b/a Protect My Car hereby move this Court for an Order granting Defendant's Motion to Dismiss.  This motion is based upon Federal Rule of Civil Procedure 12(b)(2), Defendant's memorandum of law in support of its motion and its supporting declaration and exhibits, which shall be filed in accordance with D. Minn. L.R. 7.1, and all of the files, records and proceedings herein.

Dated:  August 18, 2019　　　　　　　　　/s/Amy J. Swedberg
　　　　　　　　　　　　　　　　　　　　　　Amy J. Swedberg, Esq.
　　　　　　　　　　　　　　　　　　　　　　Minnesota Bar No. 0271019
　　　　　　　　　　　　　　　　　　　　　　amy.swedberg@maslon.com
　　　　　　　　　　　　　　　　　　　　　　Maslon LLP
　　　　　　　　　　　　　　　　　　　　　　3300 Wells Fargo Center
　　　　　　　　　　　　　　　　　　　　　　90 South Seventh Street
　　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　　　612.672.8200 (Telephone)

　　　　　　　　　　　　　　　　　　　　　　-AND-

　　　　　　　　　　　　　　　　　　　　　　Jeffrey A. Backman, Esq.
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 662501
　　　　　　　　　　　　　　　　　　　　　　jeffrey.backman@gmlaw.com
　　　　　　　　　　　　　　　　　　　　　　(*Pro Hac Vice Application Pending*)

GREENSPOON MARDER LLP
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
954.491.1120 (Telephone)
954.343.6958 (Facsimile)

*Attorneys for Advanced Marketing & Processing, Inc. d/b/a Protect My Car*