UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Travis Zumwalt

        Plaintiff,

vs.

Advanced Marketing & Processing, Inc.
d/b/a Protect My Car,

        Defendant.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civil No. 19-2194 (PJS/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Defendant's Motion to Dismiss, [Docket No. 9], is **GRANTED in part and DENIED in part**; and

2. Plaintiff's Complaint, [Docket No. 1-1], is **DISMISSED without prejudice**.

3. Let Judgment be entered accordingly.

DATED: 12/6/19
At Minneapolis, Minnesota

s/Patrick J. Schiltz
Patrick J. Schiltz, Judge
United States District Court