## UNITED STATES DISTRICT COURT
### District of Minnesota

Travis Zumwalt

JUDGMENT IN A CIVIL CASE

Plaintiff,

v.

Case Number: 19-cv-2194 (PJS/LIB)

Protect My Car

Defendant.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant's Motion to Dismiss, [Docket No. 9], is GRANTED in part and DENIED in part; and

2. Plaintiff's Complaint, [Docket No. 1-1], is DISMISSED without prejudice.

Date: 12/9/2019

KATE M. FOGARTY, CLERK

s/M. Brigan

(By)  M. Brigan, Deputy Clerk